**2005–0578.  State v. Woods.**
Lawrence App. No. 02CA22, 2003-Ohio-7337. On motion for leave to file delayed appeal. Motion denied.

**2005–0616.  Sivey v. Alliance City Bd. of Health.**
Stark App. No. 2004–CA–00253, 2005-Ohio-1436. On motion for stay of court of appeals' judgment. Motion denied.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2005–0180.  Spivey v. Keller.**
Hardin App. No. 6–04–09, 2004-Ohio-6667. Discretionary appeal accepted; cause held for the decision in 2004–1492 and 2004–1647, *Estate of Harrold v. Collier*, Wayne App. No. 03CA0064, 2004-Ohio-4331; and briefing schedule stayed.

PFEIFER, J., dissents.

**2005–0202.  State v. Hartsock.**
Lucas App. No. L–03–1215, 2004-Ohio-6905. Discretionary appeal accepted on Proposition of Law No. III; cause held for the decisions in 2004–1771, *State v. Quinones*, Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster*, Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

RESNICK and PFEIFER, JJ., dissent.

LANZINGER, J., not participating.

**2005–0241.  State v. Love.**
Mahoning App. No. 03 MA 19, 2004-Ohio-7062. Discretionary appeal accepted on Proposition of Law No. II; cause held for the decisions in 2004–1771, *State v. Quinones*, Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster*, Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

RESNICK and PFEIFER, JJ., dissent.

**2005–0247.  Smith v. Conley.**
Stark App. No. 2004CA00068, 2004-Ohio-7057. Discretionary appeal accepted on Proposition of Law No. II.

LUNDBERG STRATTON and LANZINGER, JJ., would accept the discretionary appeal on all propositions of law.

RESNICK, PFEIFER and O'DONNELL, JJ., dissent.

Motion to strike notice of appeal denied as moot.

**2005–0257.  State v. Morris.**
Guernsey App. No. 03 CA 29, 2004-Ohio-6988. Discretionary appeal accepted; cause held for the decisions in 2004–1771, *State v. Quinones*, Cuyahoga App. No. 83720, 2004-Ohio-4485, and 2004–1568, *State v. Foster*, Licking App. No. 03CA95, 2004-Ohio-4209; and briefing schedule stayed.

O'DONNELL, J., would accept the discretionary appeal only on Proposition of Law No. I.

RESNICK and PFEIFER, JJ., dissent.

**2005–0266.  State v. Moore.**
Cuyahoga App. No. 83703, 2004-Ohio-6303. Discretionary appeal accepted; cause held for the decisions in 2004–1171, *State v. Mathis*, Cuyahoga App. No. 83311, 2004-Ohio-2982, and 2004–1267, *State v. Fair*, Cuyahoga App. No. 82278, 2004-Ohio-2971; and briefing schedule stayed.

RESNICK, PFEIFER and O'DONNELL, JJ., dissent.